# CASES DETERMINED

# August Term, 1907.

---

PFISTER, Respondent, vs. McGOVERN and others, imp., Appellants.

*February 25—September 24, 1907.*

*Affirmance on equal division.*

APPEAL from an order of the circuit court for Milwaukee county: LAWRENCE W. HALSEY, Circuit Judge. *Affirmed.*

This is an appeal from an order denying a motion to set aside an order of a court commissioner adjudging the defendants *McGovern, Goff,* and *Cochems* to be in contempt and directing their commitment for their refusal to answer questions propounded to them in an examination before the court commissioner under sec. 4096, Stats. (1898).

For the appellants there were briefs signed by *W. D. Corrigan* and *O. M. Fritz,* attorneys for *McGovern,* by *Adolph Kanneberg,* attorney for *Cochems,* by *Charles F. Hunter,* attorney for *Goff,* and by *James G. Flanders* and *W. J. Turner,* of counsel; and the cause was argued orally by *Mr. Flanders, Mr. Turner,* and *Mr. John J. Cook.*

For the respondent there was a brief by *Quarles, Spence & Quarles, Thomas M. Kearney,* and *Spooner & Ellis,* and oral argument by *Charles Quarles* and *George Lines.*

The following decision was filed April 30, 1907:

PER CURIAM.    By reason of having acted as an attorney for some of the parties to this action before he became a member of this court, Mr. Justice TIMLIN was unable to participate in its consideration.    The other justices being equally divided in opinion, the order appealed from is affirmed.

A motion for a rehearing was denied September 24, 1907, by an equally divided court.